IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANTONIO WILLIAMS, #42244**                          **PETITIONER**

**VERSUS**                      **CIVIL ACTION NO. 3:07cv28WHB-LRA**

**LAWRENCE KELLY, Superintendent of MSP**                **RESPONDENT**

## ORDER OF TRANSFER PURSUANT TO 28 U.S.C. § 1631

This matter comes before this Court, *sua sponte*, for consideration of transfer. The Petitioner, an inmate of the Mississippi Department of Corrections, currently incarcerated in the Mississippi State Penitentiary, Parchman, Mississippi, filed this request for habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner states that on December 17, 1987, he was convicted of murder in the First Judicial District of the Circuit Court of Hinds County, Mississippi. The Petitioner was sentenced to life imprisonment as a habitual offender.

The Petitioner has previously filed for habeas relief in this Court challenging the same conviction, in *Williams v. Hargett*, civil action number 3:95cv37WS (S.D. Miss. Sept. 30, 1995). On September 30, 1996, this Court entered a Final Judgment which dismissed the action, with prejudice

A Petitioner who is filing a second or successive motion for habeas relief must first apply to the appropriate Court of Appeals for an order authorizing the District Court to consider the successive motion. 28 U.S.C. § 2244(b)(3)(A). The Petitioner has failed to submit any documentation demonstrating that he has obtained the required authorization from the United States Court of Appeals for the Fifth Circuit to proceed with his cause in this Court. *See Burton v. Stewart*, 549 U.S.___, 127 S.Ct. 793 (2007). Therefore, this Court has determined

that in the interest of justice, this cause should be transferred to the United States Court of Appeals for the Fifth Circuit for a determination whether this successive or second petition should be allowed.  *See In Re Epps*, 127 F.3d 364 (5th Cir. 1997).  Accordingly,

**IT IS HEREBY, ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 1631, this petition for habeas corpus relief is transferred to the United States Court of Appeals for the Fifth Circuit.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of this Court is directed to close this case pending the decision of the United States Court of Appeals for the Fifth Circuit.

SO ORDERED, this the 23rd day of February, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE